**Shirley Venoya REMMERT, Plaintiff-Appellant,**

**v.**

**UNITED STATES of America; et al., Defendants-Appellees.**

**No. 15-16471**

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 7, 2016

Shirley Venoya Remmert, Pro Se

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

**MEMORANDUM ***

Shirley Venoya Remmert appeals pro se from the district court's order denying her leave to file a complaint under a vexatious litigant order. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion the application of a vexatious litigant order. *Moy v. United States*, 906 F.2d 467, 469 (9th Cir. 1990). We affirm.

The district court did not abuse its discretion by denying Remmert leave to file a complaint against defendants because Remmert attempted to file the complaint in violation of a vexatious litigant ordered entered against her. *See id.*

**AFFIRMED.**

